**SIDLEY**

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, DC 20005
+1 202 736 8018

AMERICA • ASIA PACIFIC • EUROPE

July 26, 2023

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals
For the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

        Re:    Case No. 23-40217, *Tex. Med. Ass'n v. U.S. Dept. of Health & Hum. Servs.*

Dear Mr. Cayce:

    I am counsel of record for Appellees Texas Medical Association, Tyler Regional Hospital, LLC, and Doctor Adam Corley in the above-captioned case. Appellees' brief is currently due on August 11, 2023. In accordance with Rule 31.4 of the Fifth Circuit Rules and IOPs, Appellees now request a 30-day extension of time to file their brief, making it due on September 11, 2023. Appellants have consented to this requested extension.

    This request is made for good cause under Fifth Circuit Rule 31.4.3.1 in the manner specified by the Clerk's office by telephone on July 25, 2023. Appellees need the additional time to prepare their response brief in light of significant other responsibilities in August and September and the need to coordinate briefing with the other set of Appellees involved in this case, LifeNet, Inc. and East Texas Air One, which are separately represented. The appeal involves complex, overlapping issues, which implicate both sets of Appellees.

    Thank you for your consideration.

                                          Sincerely,

                                          Eric D. McArthur

cc:    Mr. Brian Boynton
        Mr. Joshua M. Salzman
        Mr. Kevin B. Soter
        Ms. Anna L. Deffebach
        Mr. Steven Shepard