No. 23-40217

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

LifeNet, Incorporated; East Texas Air One,
*Plaintiffs-Appellees*,

v.

United States Department of Health and Human Services; Department of Labor; Department of the Treasury; Xavier Becerra, Secretary, U.S. Department of Health and Human Services; Julie A. Su, Acting Secretary, U.S. Department of Labor; Janet Yellen, Secretary, U.S. Department of Treasury,
*Defendants-Appellants.*

Texas Medical Association; Tyler Regional Hospital, L.L.C.; Doctor Adam Corley,
*Plaintiffs-Appellees*,

v.

United States Department of Health and Human Services; Xavier Becerra, Secretary, U.S. Department of Health and Human Services; United States Department of the Treasury; Janet Yellen, Secretary, U.S. Department of Treasury; United States Department of Labor; Julie A. Su, Acting Secretary, U.S. Department of Labor; United States Office of Personnel Management; Kiran Ahuja,
*Defendants-Appellants.*

On appeal from the United States District Court for the
Eastern District of Texas (Kernodle, J.)
Nos. 6:22-cv-372 and 6:22-cv-373

**UNOPPOSED MOTION TO CORRECT CASE CAPTION**

Appellees LifeNet, Inc. and East Texas Air One ("Air Ambulance Plaintiffs") respectfully move to amend the official caption in this appeal to correct the identification of Appellee "East Texas Air One" to "East Texas Air One, LLC." This motion is unopposed.

1. In the District Court, East Texas Air One's filings correctly identified its legal name as "East Texas Air One, LLC," *see* Docket 65, 22-cv-372 (November 10, 2022) (corporate disclosure statement of "Plaintiff East Texas Air One, LLC"); Docket 64, 22-cv-372 (November 10, 2022) ("Amended Complaint of LifeNet, Inc. and East Texas Air One, LLC"); Docket 91, 22-cv-372 (December 10, 2022) (order denying motion to strike amended complaint of "Plaintiffs LifeNet, Inc. and East Texas Air One, LLC"); Docket 99, p. 13 n.6, 22-cv-372 (February 6, 2023) (memorandum opinion and order noting that "Plaintiffs in the consolidated case . . . are two air ambulance service providers, LifeNet, Inc. and East Texas Air One, LLC.").

2. However, for unknown reasons, the District Court docket lists "East Texas Air One" instead of "East Texas Air One, LLC." This same issue appears in the caption for this appeal.

3. Consequently, the Air Ambulance Plaintiffs respectfully request that this Court amend the official caption to reflect that the correct legal name for Plaintiff-Appellee East Texas Air One, LLC is "East Texas Air One, LLC."

4. Appellants do not oppose this motion.

## CONCLUSION

For these reasons, the Air Ambulance Plaintiffs respectfully request that this Court amend the official caption to reflect that the correct legal name for Plaintiff-Appellee East Texas Air One, LLC is "East Texas Air One, LLC."

Respectfully submitted,

Dated: August 31, 2023

*/s/ J. Craig Smyser*
JAMES CRAIG SMYSER
STEVEN M. SHEPARD
  *Lead Counsel*
STEPHEN SHACKELFORD, JR.
MAX ISAAC STRAUS
SUSMAN GODFREY LLP
1301 Ave. of the Americas, Fl. 32
New York, NY 10019
Tel: (212) 336-8340
Fax: (212) 336-8340
Email: sshepard@susmangodfrey.com

*Counsel for Plaintiffs-Appellees LifeNet, Inc. and East Texas Air One, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ J. Craig Smyser*
JAMES CRAIG SMYSER

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of FED. R. APP. P. 27(d) because it contains 266 words according to the word processing software used to draft this brief.

This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: August 31, 2023　　　　　　　　*/s/ J. Craig Smyser*
　　　　　　　　　　　　　　　　　　　JAMES CRAIG SMYSER